1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Candace Sutherland Olding, | No. CV-25-00158-TUC-JR |
| 10        Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Pima County Prosecutor's Office, et al., | |
| 13        Defendants. | |

14

15    On April 16, 2025, Magistrate Judge Jacqueline M. Rateau issued a Report and
16  Recommendation ("R&R") pursuant to General Order 21-25, recommending that the Court
17  dismiss the Complaint because the Complaint seeks to recover against a non-jural entity,
18  seeks relief from defendants that are immune from suit and fails to state a claim upon which
19  relief can be granted. (Doc. 10.) Magistrate Judge Rateau determined that the Court should
20  dismiss the Complaint without prejudice. (*Id.* at 13.)

21    If neither party objects to a Magistrate Judge's R&R, the District Court is not
22  required to review the recommendation under any specified standard of review. *Thomas v.*
23  *Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a Magistrate Judge's
24  recommendation "does not preclude further review by the district judge, *sua sponte* or at
25  the request of a party, under a de novo or any other standard." *Id.* at 154.

26    The Court has reviewed the Complaint (Doc. 1), Application for Leave to Proceed
27  In Forma Pauperis (Doc. 2), and Magistrate Judge Rateau's R&R (Doc. 10). The Court
28  finds that Judge Rateau's conclusions are thorough and well-reasoned. Plaintiff qualifies

for in forma pauperis status but as explained in the R&R, the Complaint seeks to recover against a non-jural entity, seeks relief from defendants who are immune from suit and fails to state a claim upon which relief may be granted. Plaintiff may file an amended complaint that does not contain the deficiencies outlined in the R&R within thirty (30) days of the date of this Order.

Accordingly, **IT IS ORDERED**:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 10) is **ADOPTED**.

(2) Plaintiff's Application for Leave to Proceed In Forma Pauperis is **GRANTED**. (Doc. 2.)

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order. If Plaintiff fails to file an amended complaint within the deadline, the Clerk of Court shall close the case.

Dated this 5th day of May, 2025.

Honorable Raner C. Collins
Senior United States District Judge